PHILEMON WOODRUFF et al., executors, &c., respondents,

*v.*

DORA deW. WHITE et al., appellants.

[Submitted July 10th, 1911.   Decided November 20th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *78 N. J. Eq. (8 Buch.) 410.*

*Mr. William I. Lewis, Messrs. Humphreys & Sumner,* and *Messrs. Vreeland, King, Wilson & Lindabury,* for the respondents.

*Mr. John H. Reynolds, Mr. Jacob W. De Yoe, Mr. Francis Scott, Mr. Robert Williams* and *Mr. Gustav A. Hunziker,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE—12.

*For reversal*—None.